No. 05–5626. WHITE *v.* NORTH CAROLINA. Gen. Ct. Justice, Super. Ct. Div., Stokes County, N. C. Certiorari denied.

No. 05–5627. TAYLOR *v.* CARROLL, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied.

No. 05–5628. CSEKINEK *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 6th Cir. Certiorari denied.

No. 05–5630. DEES *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–5631. KAELIN *v.* GONZALES, ATTORNEY GENERAL. C. A. 11th Cir. Certiorari denied.

No. 05–5634. GETTINGS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 05–5635. HIBBERD *v.* ILLINOIS. App. Ct. Ill., 3d Dist. Certiorari denied.

No. 05–5636. HARRINGTON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–5637. GRAY, AKA STRIBBLING, AKA MILLS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 05–5641. GARBA *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 05–5642. HARPER *v.* GRACE, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 05–5645. KAMARA *v.* GONZALES, ATTORNEY GENERAL. C. A. 4th Cir. Certiorari denied.

No. 05–5646. JOHNAKIN *v.* WILSON, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT FAYETTE, ET AL. C. A. 3d Cir. Certiorari denied.

No. 05–5647. DIOMEDES *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.